# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2536
_____

JAMES ROBERT HART,

Appellant,

v.

CHARLES G. HART, as Personal
Representative of the Estate of
Kenneth R. Hart,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Christopher D. Bufano, Judge.


June 16, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, M.K. THOMAS, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Robert Hart, pro se, Appellant.

Robert A Pierce, Steven Michael Hogan, and Brenna Nicole Hatcher of Ausley McMullen, P.A., Tallahassee, for Appellee.